UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VALUE CITY DEPARTMENT STORES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:08CV1159 CDP |
| CHUNG PARK, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on the suggestion of bankruptcy filed by plaintiff/counterclaim defendant Value City Department Stores, LLC. This action must be stayed as to plaintiff/counterclaim defendant Value City Department Stores, LLC, but defendants/counterclaim plaintiffs Chung Park and Moon Park may proceed on their claims against the remaining counterclaim defendants.

Accordingly,

**IT IS HEREBY ORDERED** that **this action is stayed as to plaintiff/counterclaim defendant Value City Department Stores, LLC only.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of October, 2008.