UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| VALUE CITY DEPARTMENT STORES, LLC, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:08CV1159 CDP |
|  | ) |  |
| CHUNG PARK, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## MEMORANDUM AND ORDER

This matter is before me on defendant Parks' second consent motion for an extension of time to respond to counterclaim. The motion will be granted, although defendants' answer, even with the extension of time, was due on February 9, 2009. Defendants must either file a responsive pleading or report on the status of this case by February 20, 2009.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Parks' second consent motion for an extension of time to respond to counterclaim [#20] is

granted, and defendants shall either file a responsive pleading or report on the status of this case by **February 20, 2009.**

                                              _____
                                              CATHERINE D. PERRY
                                              UNITED STATES DISTRICT JUDGE

Dated this 13th day of February, 2009.