UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

VALUE CITY DEPARTMENT      )
STORES, LLC,               )
                           )
        Plaintiff,         )
                           )
    vs.                    )        Case No. 4:08CV1159 CDP
                           )
CHUNG PARK, et al.,        )
                           )
        Defendants.        )

## MEMORANDUM AND ORDER

This matter is before me on my review of the file.  On February 24, 2009,

defendants Chung H. Park and Moon H. Park were ordered to either file a responsive

pleading to the counterclaim or report on the status of this case by April 23, 2009.

However, defendants have failed to comply with my February 24, 2009 Order.

Accordingly,

**IT IS HEREBY ORDERED** that defendants Chung H. Park and Moon H.

Park shall either file a responsive pleading to the counterclaim or report on the status

of this case by **June 19, 2009.**


_____
CATHERINE D.  PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of June, 2009.