UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VALUE CITY DEPARTMENT STORES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:08CV1159 CDP |
| CHUNG PARK, et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on my review of the notices of voluntary dismissal filed by defendants Chung H. Park and Moon H. Park on June 19, 2009. Value City and the Parks, with the approval of the Bankruptcy Court, have agreed to dismiss the complaint and the Parks' "Counterclaim." As noted, the Parks filed a counterclaim against Value City and defendants Krupa, the Richard Bowe Corporation, and NAS Markets. Although the Parks move to voluntarily dismiss their claims against defendants Krupa and the Richard Bowe Corporation by Document #25, the Court cannot determine whether the Parks' dismissal of their "Counterclaim" in Document #27 is a dismissal of the counterclaim against NAS Markets as well as a dismissal of

the counterclaim against Value City. If the Parks do intend to dismiss thier claim against NAS Markets, I need to know whether NAS Markets' counterclaim against the Parks remains. Additionally, I need an explanation of the jurisdictional basis for whatever claims remain.

Accordingly,

**IT IS HEREBY ORDERED** that defendants Chung H. Park and Moon H. Park shall inform the Court in writing by Wednesday, June 24, 2009, whether their dismissal of their "Counterclaim" in Document #27 operates as a dismissal of their counterclaim against NAS Markets, what claims, if any, remain pending in this case, and the asserted basis for subject matter jurisdiction over any remaining claims.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2009.