UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| VALUE CITY DEPARTMENT STORES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:08CV1159 CDP |
| CHUNG PARK, et al., | ) ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

This matter is before me on my review of the notices of voluntary dismissal filed by defendants Chung H. Park and Moon H. Park on June 19, 2009, and the Memorandum to Court filed by the Parks on June 24, 2009. According to the notices of voluntary dismissal, Value City and the Parks, with the approval of the Bankruptcy Court, have agreed to dismiss the complaint and the Parks' counterclaim against Value City. The Parks also move to voluntarily dismiss their claims against defendants Krupa and the Richard Bowe Corporation. The Court will grant the voluntary dismissals, so the only claims that remain in this case are the Parks' counterclaim filed against NAS Markets and NAS Markets' counterclaim filed against the Parks. Counsel for NAS Markets and the Parks have requested a brief extension of time, up to and including **July 8, 2009**, to notify the Court if they intend to pursue the remaining counterclaims. I will grant their

request.

Accordingly,

**IT IS HEREBY ORDERED** that the joint stipulation of voluntary dismissal [#27] is granted, and plaintiff Value City Department Stores LLC's complaint against defendants Chung H. Park and Moon H. Park is dismissed with prejudice, and the counterclaim of defendants Chung H. Park and Moon H. Park against plaintiff Value City Department Stores LLC is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the notice of voluntary dismissal [#25] is granted ,and the counterclaim of defendants Chung H. Park and Moon H. Park against The Richard Bowe Corporation and Shree Ganesh Shivshkakti Krupa LLC is dismissed without prejudice.

**IT IS FURTHER ORDERED** that, **no later than July 8, 2009**, defendants Chung H. Park and Moon H. Park and defendant NAS Markets, Inc. shall file a joint memorandum notifying the Court if they intend to proceed with this case.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of June, 2009.